610

467 A.2d 58

Commonwealth v. Bridges, Appellant.

Submitted September 14, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.

467 A.2d 58

Commonwealth v. Guinta, Appellant.

Submitted September 14, 1983. Cregg Ellis Mayrosh, for appellant; Elviria C. LaBarre, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.